Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−11547−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian Eric Blondek                                           Michele Christine Blondek
   9 Belle Drive                                                    9 Belle Drive
   West Long Branch, NJ 07764                     West Long Branch, NJ 07764

Social Security No.:
   xxx−xx−4221                                                      xxx−xx−0876

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/12/19 at 09:00 AM

to consider and act upon the following:

36 − Application for Extension of Loss Mitigation Period. Filed by William H. Oliver, Jr. on behalf of Brian Eric Blondek, Michele Christine Blondek. Objection deadline is 5/24/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Oliver, Jr., William)

Dated: 5/28/19

                                                                           Jeanne Naughton
                                                                           Clerk, U.S. Bankruptcy Court