Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−11547−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Brian Eric Blondek                              Michele Christine Blondek
  9 Belle Drive                                   9 Belle Drive
  West Long Branch, NJ 07764                      West Long Branch, NJ 07764

Social Security No.:
  xxx−xx−4221                                     xxx−xx−0876

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/12/19 at 09:00 AM

to consider and act upon the following:

*36* − Application for Extension of Loss Mitigation Period. Filed by William H. Oliver, Jr. on behalf of Brian Eric Blondek, Michele Christine Blondek. Objection deadline is 5/24/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Oliver, Jr., William)

Dated: 5/28/19

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

```
In re:                                                         Case No. 19-11547-KCF
Brian Eric Blondek                                             Chapter 13
Michele Christine Blondek
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 28, 2019
                              Form ID: ntchrgbk        Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db/jdb         +Brian Eric Blondek,   Michele Christine Blondek,   9 Belle Drive,
                 West Long Branch, NJ 07764-1003
lm             +Mr. Cooper,  8950 Cypress Waters Blvd.,   Dallas, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee   for GSR Mortgage Loan
               Trust 2005-8F,  Mortgage Pass-Through Certificates, Series 2 ajennings@rasflaw.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee   for GSR Mortgage Loan
               Trust 2005-8F,  Mortgage Pass-Through Certificates, Series 2 cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Kevin Gordon McDonald    on behalf of Creditor    Gulf Harbour Investments Corporation
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Gulf Harbour Investments Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Brian Eric Blondek bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Michele Christine Blondek bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                               TOTAL: 8
```