Order Filed on July 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> Albert Russo <br> CN 4853 <br> Trenton, New Jersey 08650 <br> (609) 587-6888 <br> Standing Chapter 13 Trustee |
| In Re: <br><br> **BRIAN ERIC BLONDEK** <br><br> **MICHELE CHRISTINE BLONDEK** <br><br> Debtor(s). |

Case No.: 1911547

Hearing:    6/26/19

Judge:    **Michael B. Kaplan**

## INTERIM SCHEDULING ORDER REGARDING CONFIRMATION

The relief set forth on the following pages, numbered two (2) [through three (3)], is ORDERED.

**DATED: July 9, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

This Chapter 13 proceeding having come before the Court for Confirmation on 6/26/19 and, in consideration to the Trustee's objection or recommendation, the objection by other parties in interest, and/or request for adjournment of the Confirmation hearing; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**IT IS ORDERED** that Confirmation is rescheduled to 9/25/19 at 2:00 P.m., PREEMPTORY

**IT IS FURTHER ORDERED** that debtor(s) shall provide the following items to the Trustee, no later than 10 days prior to the date of the rescheduled Confirmation Hearing:

- Resolution of NJ Division of Taxation estimated claim #5-1
- Resolution of Nationstar/Mr. Cooper objection to confirmation

**IT IS FURTHER ORDERED** that at the rescheduled Confirmation Hearing date the case shall be confirmed, or the Parties shall show cause why Confirmation shall be denied or the case be dismissed or converted. Appearance by Counsel for the debtor and all objecting parties shall be required.

United States Bankruptcy Court
District of New Jersey

In re:  
Brian Eric Blondek  
Michele Christine Blondek  
    Debtors

Case No. 19-11547-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jul 10, 2019  
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2019.  
db/jdb      +Brian Eric Blondek,    Michele Christine Blondek,    9 Belle Drive,    West Long Branch, NJ 07764-1003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2019 at the address(es) listed below:

     Albert Russo     docs@russotrustee.com  
     Aleisha Candace Jennings     on behalf of Creditor     U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee    for GSR Mortgage Loan Trust 2005-8F,    Mortgage Pass-Through Certificates, Series 2 ajennings@rasflaw.com  
     Charles G. Wohlrab     on behalf of Creditor     U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee    for GSR Mortgage Loan Trust 2005-8F,    Mortgage Pass-Through Certificates, Series 2 cwohlrab@logs.com, njbankruptcynotifications@logs.com  
     Denise E. Carlon     on behalf of Creditor     Gulf Harbour Investments Corporation dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
     Kevin Gordon McDonald     on behalf of Creditor     Gulf Harbour Investments Corporation kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
     Rebecca Ann Solarz     on behalf of Creditor     Gulf Harbour Investments Corporation rsolarz@kmllawgroup.com  
     Shauna M Deluca     on behalf of Creditor     U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSR Mortgage Loan Trust 2005-8F, Mortgage Pass-Through Certificates, Series 200 sdeluca@rasflaw.com  
     U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
     William H. Oliver, Jr.     on behalf of Joint Debtor Michele Christine Blondek bkwoliver@aol.com, R59915@notify.bestcase.com  
     William H. Oliver, Jr.     on behalf of Debtor Brian Eric Blondek bkwoliver@aol.com, R59915@notify.bestcase.com

     TOTAL: 10