Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–11547–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian Eric Blondek
9 Belle Drive
West Long Branch, NJ 07764

Michele Christine Blondek
9 Belle Drive
West Long Branch, NJ 07764

Social Security No.:
xxx–xx–4221

xxx–xx–0876

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on October 2, 2019.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 4, 2019
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-11547-MBK
Brian Eric Blondek                                                              Chapter 13
Michele Christine Blondek
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2              Date Rcvd: Oct 04, 2019
                              Form ID: 148              Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
```
db/jdb         +Brian Eric Blondek,    Michele Christine Blondek,    9 Belle Drive,
                 West Long Branch, NJ 07764-1003
cr             +U.S. Bank National Association, as Trustee, succes,    RAS Crane, LLC,
                 10700 Abbott's Bridge Road,    Suite 170,    Duluth, GA 30097-8461
517987578      +AFC Urgent Care,    214 State Route 36,    West Long Branch, NJ 07764-1305
517987579       Alltran Financial, LLP,    PO Box 4045,    Clearlake Park, CA 95424-4045
517987580       Apex Asset Management,    PO Box 5407,    Lancaster, PA 17606-5407
517987582       Barnabas Health Medical Group,    417 Bridge Street,    Danville, VA 24541-1403
517987583       Bioreference Laboratories,    PO Box 21134,    New York, NY 10087-1134
517987589      +Credit One Bank, N.A.,    c/o Faloni & Associates, LLC,    165 Passaic Avenue,    Suite 301B,
                 Fairfield, NJ 07004-3592
517987591       Dynamic Recovery Services,    PO Box 25759,    Greenville, SC 29616-0759
517987593       GB Collects, L.L.C.,    1253 Haddonfield Berlin Road,    Voorhees, NJ 08043-4847
518165183      +Gulf Harbour Investments Corporation,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517987596       Meridian Medical Group Primary,    PO Box 416923,    Boston, MA 02241-6923
517987598      +Monmouth EMA,    PO Box 417442,    Boston, MA 02241-7442
517987600       Monmouth Medical Imaging, P.A.,    PO Box 9428,    Peoria, IL 61612-9428
517987601      +Mr. Cooper,    8950 Cypress Waters Blvd,    Dallas, TX 75019-4620
518131681      +NJSVS Surcharge Violation System,    POB 136,    Trenton, NJ 08601-0136
517987602      +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517987603      +New Jersey Motor Vehicle Comission,    PO Box 160,    Trenton, NJ 08666-0160
517987606      +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517987607      +RAS Citron, LLC,    130 Clinton Road #202,    Fairfield, NJ 07004-2927
517987608      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517987609      +Riverview Medical Center,    c/o Celentano, Stadtmauer & Walentowicz,    Notchview Office Park,
                 1035 Route 46 East Suite, B208,    Clifton, NJ 07013-2469
517987612       Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
517987613      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Ste. 300,    Littleton, CO 80129-2386
517987615      +State of New Jersey,    PO Box 1502,    Moorestown, NJ 08057-9704
517987614      +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
518020711      +U.S. BANK NATIONAL ASSOCIATION,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas TX 75261-9096
518290396      +U.S. Bank National Association,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
517987617      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 05 2019 00:44:26      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 05 2019 00:44:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517987581      +EDI: BANKAMER.COM Oct 05 2019 04:08:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
517987585      +EDI: CAPITALONE.COM Oct 05 2019 04:08:00      Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
517987584      +EDI: CAPITALONE.COM Oct 05 2019 04:08:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517987586      +EDI: CAPITALONE.COM Oct 05 2019 04:08:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518045052      +EDI: AIS.COM Oct 05 2019 04:08:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
517987587      +E-mail/Text: bankruptcy@cavps.com Oct 05 2019 00:44:51      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517994956      +E-mail/Text: bankruptcy@cavps.com Oct 05 2019 00:44:51      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517987588      +EDI: CHASE.COM Oct 05 2019 04:08:00      Chase Card Services,    Attn: Correspondence,
                 Po Box 15278,    Wilmington, DE 19850-5278
518165362       EDI: Q3G.COM Oct 05 2019 04:08:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                 PO Box 657,    Kirkland, WA 98083-0657
517987590      +EDI: DISCOVER.COM Oct 05 2019 04:08:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517987592      +EDI: AMINFOFP.COM Oct 05 2019 04:08:00      First Premier Bank,    Po Box 5524,
                 Sioux Falls, SD 57117-5524
517987594       EDI: IRS.COM Oct 05 2019 04:08:00      Internal Service Revenue,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517987595       E-mail/Text: JPF-EBN@jpfryelaw.com Oct 05 2019 00:42:56      John P. Frye, P.C.,    PO Box 13665,
                 Roanoke, VA 24036-3665
517987597      +EDI: MID8.COM Oct 05 2019 04:08:00      Midland Funding,    Attn: Bankruptcy,    Po Box 939069,
                 San Diego, CA 92193-9069
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Oct 04, 2019
                              Form ID: 148             Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518064861      +EDI: MID8.COM Oct 05 2019 04:08:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517987599       E-mail/Text: ebn@rwjbh.org Oct 05 2019 00:44:56      Monmouth Medical Center,
                 Payment Processing Center,    PO Box 29962,    New York, NY 10087-9962
517987604       EDI: PRA.COM Oct 05 2019 04:08:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
518151547       EDI: PRA.COM Oct 05 2019 04:08:00      Portfolio Recovery Associates, LLC,
                 C/O Capital One Bank (usa), N.A.,    POB 41067,    Norfolk VA 23541
517987605       EDI: PRA.COM Oct 05 2019 04:08:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk, VA 23541
518160255       EDI: PRA.COM Oct 05 2019 04:08:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                 POB 41067,    Norfolk VA 23541
518038891      +EDI: JEFFERSONCAP.COM Oct 05 2019 04:08:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517993134       EDI: Q3G.COM Oct 05 2019 04:08:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517987610      +E-mail/Text: bankruptcy@senexco.com Oct 05 2019 00:42:53      Senex Services Corp,
                 3333 Founders Rd,    2nd Floor,    Indianaoplis, IN 46268-4932
517987611      +E-mail/Text: clientservices@simonsagency.com Oct 05 2019 00:45:11      Simons Agency Inc,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517990129      +EDI: RMSC.COM Oct 05 2019 04:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517987616      +EDI: RMSC.COM Oct 05 2019 04:08:00      Synchrony Bank/ JC Penneys,    Po Box 965007,
                 Orlando, FL 32896-5007
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Mr. Cooper,   8950 Cypress Waters Blvd.,    Dallas, TX 75019-4620
517995077*     +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2019 at the address(es) listed below:

```
              Albert    Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor   U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee  for GSR Mortgage Loan
               Trust 2005-8F,  Mortgage Pass-Through Certificates, Series 2 ajennings@rasflaw.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee  for GSR Mortgage Loan
               Trust 2005-8F,  Mortgage Pass-Through Certificates, Series 2 cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Gulf Harbour Investments Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Gulf Harbour Investments Corporation
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Gulf Harbour Investments Corporation
               rsolarz@kmllawgroup.com
              Shauna M Deluca    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Wachovia Bank, National Association, as Trustee for GSR Mortgage Loan Trust
               2005-8F,  Mortgage Pass-Through Certificates, Series 200 sdeluca@rasflaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Joint Debtor Michele Christine Blondek bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Brian Eric Blondek bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 10
```