|  |
|---|
| UNITED STATES BANKRUPTCY COURT <br> District of New Jersey <br><br> Albert Russo <br> CN 4853 <br> Trenton, NJ  08650 <br> (609) 587-6888 <br> Standing Chapter 13 Trustee |
| In re: <br><br> Brian Eric Blondek <br> Michele Christine Blondek <br><br> Debtor(s) |

**Order Filed on October 2, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 19-11547 / MBK

Chapter: 13

Hearing Date: September 25, 2019

Judge: Michael B. Kaplan

# CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: October 2, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to file a feasible plan, income and/or budget statement
- lack of prosecution
- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

The Chapter 13 Standing Trustee may pay the balance of the standard attorney fees to the debtor's counsel in the amount of $4095.90 from available funds on hand received prior to dismissal.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:
Brian Eric Blondek
Michele Christine Blondek
    Debtors

Case No. 19-11547-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 04, 2019
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2019.
db/jdb        +Brian Eric Blondek,    Michele Christine Blondek,    9 Belle Drive,     West Long Branch, NJ 07764-1003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2019 at the address(es) listed below:
       Albert    Russo    docs@russotrustee.com
       Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee   for GSR Mortgage Loan Trust 2005-8F,   Mortgage Pass-Through Certificates, Series 2 ajennings@rasflaw.com
       Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee   for GSR Mortgage Loan Trust 2005-8F,   Mortgage Pass-Through Certificates, Series 2 cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
       Denise E. Carlon    on behalf of Creditor    Gulf Harbour Investments Corporation dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
       Kevin Gordon McDonald    on behalf of Creditor    Gulf Harbour Investments Corporation kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
       Rebecca Ann Solarz    on behalf of Creditor    Gulf Harbour Investments Corporation rsolarz@kmllawgroup.com
       Shauna M Deluca    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSR Mortgage Loan Trust 2005-8F, Mortgage Pass-Through Certificates, Series 200 sdeluca@rasflaw.com
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
       William H. Oliver, Jr.    on behalf of Joint Debtor Michele Christine Blondek bkwoliver@aol.com, R59915@notify.bestcase.com
       William H. Oliver, Jr.    on behalf of Debtor Brian Eric Blondek bkwoliver@aol.com, R59915@notify.bestcase.com
                                                                                         TOTAL: 10