Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−11547−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian Eric Blondek                              Michele Christine Blondek
   9 Belle Drive                                   9 Belle Drive
   West Long Branch, NJ 07764                      West Long Branch, NJ 07764

Social Security No.:
   xxx−xx−4221                                     xxx−xx−0876

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            1/22/20
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 15, 2019
JAN: wir

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 19-11547-MBK
Brian Eric Blondek                                              Chapter 13
Michele Christine Blondek
      Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 3                  Date Rcvd: Nov 15, 2019
                              Form ID: 132                 Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db/jdb         +Brian Eric Blondek,    Michele Christine Blondek,    9 Belle Drive,
                 West Long Branch, NJ 07764-1003
cr             +U.S. Bank National Association, as Trustee, succes,    RAS Crane, LLC,
                 10700 Abbott's Bridge Road,    Suite 170,   Duluth, GA 30097-8461
517987578      +AFC Urgent Care,    214 State Route 36,    West Long Branch, NJ 07764-1305
517987579       Alltran Financial, LLP,    PO Box 4045,    Clearlake Park, CA 95424-4045
517987580       Apex Asset Management,    PO Box 5407,    Lancaster, PA 17606-5407
517987582       Barnabas Health Medical Group,    417 Bridge Street,    Danville, VA 24541-1403
517987583       Bioreference Laboratories,    PO Box 21134,    New York, NY 10087-1134
517987588      +Chase Card Services,    Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850-5278
517987589      +Credit One Bank, N.A.,    c/o Faloni & Associates, LLC,    165 Passaic Avenue,   Suite 301B,
                 Fairfield, NJ 07004-3592
517987591       Dynamic Recovery Services,    PO Box 25759,    Greenville, SC 29616-0759
517987592      +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
517987593       GB Collects, L.L.C.,    1253 Haddonfield Berlin Road,    Voorhees, NJ 08043-4847
518165183      +Gulf Harbour Investments Corporation,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517987596       Meridian Medical Group Primary,    PO Box 416923,    Boston, MA 02241-6923
517987598      +Monmouth EMA,    PO Box 417442,    Boston, MA 02241-7442
517987600       Monmouth Medical Imaging, P.A.,    PO Box 9428,    Peoria, IL 61612-9428
517987601      +Mr. Cooper,   8950 Cypress Waters Blvd,    Dallas, TX 75019-4620
518131681      +NJSVS Surcharge Violation System,    POB 136,    Trenton, NJ 08601-0136
517987602      +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517987603      +New Jersey Motor Vehicle Comission,    PO Box 160,    Trenton, NJ 08666-0160
517987606      +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517987607      +RAS Citron, LLC,    130 Clinton Road #202,    Fairfield, NJ 07004-2927
517987608      +Remex Inc,   307 Wall St,    Princeton, NJ 08540-1515
517987609      +Riverview Medical Center,    c/o Celentano, Stadtmauer & Walentowicz,   Notchview Office Park,
                 1035 Route 46 East Suite, B208,    Clifton, NJ 07013-2469
517987613      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Ste. 300,    Littleton, CO 80129-2386
517987612       Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
517987615      +State of New Jersey,    PO Box 1502,    Moorestown, NJ 08057-9704
517987614      +State of New Jersey,    Division of Taxation,    PO Box 245,   Trenton, NJ 08602-0245
518020711      +U.S. BANK NATIONAL ASSOCIATION,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas TX 75261-9096
518290396      +U.S. Bank National Association,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
517987617      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,   Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2019 01:25:56     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2019 01:25:53     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517987585      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2019 01:33:27     Capital One,
                 Po Box 30281,   Salt Lake City, UT 84130-0281
517987584      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2019 01:33:28     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
517987586      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2019 01:36:11     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
518045052       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2019 01:34:19
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517987587      +E-mail/Text: bankruptcy@cavps.com Nov 16 2019 01:26:50     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517994956      +E-mail/Text: bankruptcy@cavps.com Nov 16 2019 01:26:50     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518165362       E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2019 01:25:45
                 Department Stores National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
517987590      +E-mail/Text: mrdiscen@discover.com Nov 16 2019 01:25:06     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517987594       E-mail/Text: cio.bncmail@irs.gov Nov 16 2019 01:25:24     Internal Service Revenue,
                 PO Box 7346,   Philadelphia, PA 19101-7346
517987595       E-mail/Text: JPF-EBN@jpfryelaw.com Nov 16 2019 01:24:57     John P. Frye, P.C.,   PO Box 13665,
                 Roanoke, VA 24036-3665
517987597      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 16 2019 01:25:52     Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,   San Diego, CA 92193-9069
518064861      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 16 2019 01:25:52     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517987599       E-mail/Text: ebn@rwjbh.org Nov 16 2019 01:26:57     Monmouth Medical Center,
                 Payment Processing Center,    PO Box 29962,   New York, NY 10087-9962
```

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Nov 15, 2019
                              Form ID: 132             Total Noticed: 56


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517987604      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 01:33:33
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
518151547      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 01:33:33
                 Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.A.,    POB 41067,
                 Norfolk VA 23541
517987605      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 01:34:47
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541
518160255      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 01:36:19
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
518038891     +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2019 01:26:47      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517993134      E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2019 01:25:45
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517987610     +E-mail/Text: bankruptcy@senexco.com Nov 16 2019 01:24:54      Senex Services Corp,
                 3333 Founders Rd,    2nd Floor,    Indianaoplis, IN 46268-4932
517987611     +E-mail/Text: clientservices@simonsagency.com Nov 16 2019 01:27:16      Simons Agency Inc,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517990129     +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 01:36:07      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517987616     +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 01:34:39      Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Mr. Cooper,   8950 Cypress Waters Blvd.,    Dallas, TX 75019-4620
517995077*     +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517987581    ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                 TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee  for GSR Mortgage Loan
               Trust 2005-8F,  Mortgage Pass-Through Certificates, Series 2 ajennings@rasflaw.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for GSR Mortgage Loan
               Trust 2005-8F, Mortgage Pass-Through Certificates, Series 200 cwohlrab@LOGS.com,
                njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee  for GSR Mortgage Loan
               Trust 2005-8F,  Mortgage Pass-Through Certificates, Series 2 cwohlrab@LOGS.com,
                njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Gulf Harbour Investments Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Gulf Harbour Investments Corporation
                kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Gulf Harbour Investments Corporation
               rsolarz@kmllawgroup.com
              Shauna M Deluca    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
                in interest to Wachovia Bank, National Association, as Trustee for GSR Mortgage Loan Trust
                2005-8F, Mortgage Pass-Through Certificates, Series 200 sdeluca@rasflaw.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3             Date Rcvd: Nov 15, 2019
                              Form ID: 132             Total Noticed: 56


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Joint Debtor Michele Christine Blondek bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Brian Eric Blondek bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                          TOTAL: 11
```